<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-2212**

---

TYRONE HURT,

        Plaintiff - Appellant,

    v.

EIGHTH AMENDMENT TO THE U.S. CONSTITUTION; MARY SURRALT; SANDRA DAY O'CONNOR,

        Defendants - Appellees.

---

**No. 08-2213**

---

TYRONE HURT,

        Plaintiff - Appellant,

    v.

THE AMERICAN PEOPLE; GEORGE W. BUSH, President of the United States; U.S. SENATE; U.S. CONGRESS; THE COUNTRY OF IRAN,

        Defendants - Appellees.

---

**No. 08-2215**

---

TYRONE HURT,

        Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

---

**No. 08-2216**

---

TYRONE HURT,

                Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

---

**No. 08-2218**

---

TYRONE HURT,

                Plaintiff - Appellant,

      v.

GEORGE W. BUSH, President of the United States; U.S. CONGRESS; U.S. SENATE; THE COUNTRY OF IRAN; ALL NEWS MEDIA OF THIS NATION, U.S.A.,

                Defendants - Appellees.

**No. 08-2226**

TYRONE HURT,

             Plaintiff - Appellant,

        v.

DEDLEY AND SINGLETARY, INCORPORATED; COATES AND LANE, INCORPORATED; WOODLEY HOUSE, INCORPORATED; U.S. VS. NICHOLS; HURT VS. USDC DC NAT.,

             Defendants - Appellees.

**No. 08-2227**

TYRONE HURT,

             Plaintiff - Appellant,

        v.

CLINTON; U.S.D.C. FOR THE D.C.; U.S.C.A. FOR THE D.C. CIR; FALUN GONG PRACTITIONERS OF CHINA,

             Defendants - Appellees.

**No. 08-2228**

TYRONE HURT,

             Plaintiff - Appellant,

3

v.

JIM CROW; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:08-cv-00808-LMB-TCB; 1:08-cv-00913-LMB-TRJ; 1:08-cv-00914-LMB-TRJ; 1:08-cv-00915-LMB-TCB; 1:08-cv-00916-LMB-JFA; 1:08-cv-00917-LMB-JFA; 1:08-cv-00918-LMB-TRJ; 1:08-cv-00944-LMB-JFA)

---

Submitted: January 30, 2009        Decided: March 13, 2009

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Tyrone Hurt, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing these actions as frivolous or for failure to state a claim. We have reviewed the records and find that the appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. Hurt v. Eighth Amendment; Hurt v. The American People; Hurt v. United States; Hurt v. United States; Hurt v. Bush; Hurt v. Dedley and Singletary, Inc.; Hurt v. Clinton; Hurt v. Jim Crow, Nos. 1:08-cv-00808-LMB-TCB; 1:08-cv-00913-LMB-TRJ; 1:08-cv-00914-LMB-TRJ; 1:08-cv-00915-LMB-TCB; 1:08-cv-00916-LMB-JFA; 1:08-cv-00917-LMB-JFA; 1:08-cv-00918-LMB-TRJ; 1:08-cv-00944-LMB-JFA (E.D. Va. filed Sept. 9, 2008, entered Sept. 11, 2008; Sept. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

5